# Court of Appeals
# of the State of Georgia

ATLANTA,  April 01, 2024

*The Court of Appeals hereby passes the following order:*

## A24E0054.  ERIC JACKSON v. PJS GOLDEN PARACHUTE et al.

Having been read and considered, the appellant's emergency motion to set aside is hereby DENIED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  04/01/2024*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*